UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELODY CUNNINGHAM and FRUNWI MANCHO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., LOGAN GREEN, and JOHN ZIMMER,<br><br>Defendants. | C.A. No. 1:19-cv-11974 |

**NOTICE OF APPEAL**

Defendants in the above-entitled matter hereby give notice that they appeal to the United States Court of Appeals for the First Circuit from all aspects of this court's order denying arbitration on March 27, 2020, ECF No. 98.

Dated:  March 27, 2020

> Respectfully submitted,
>
> LYFT, INC., LOGAN GREEN,
> and JOHN ZIMMER,
>
> By their attorneys,
>
> */s/ Jeffrey Y. Wu*
> Jeffrey Y. Wu (*pro hac vice*)
> *jeffrey.wu@mto.com*
> MUNGER, TOLLES & OLSON LLP
> 350 South Grand Avenue, 50th Floor
> Los Angeles, CA 90071
> Tel: (213) 683-9100
>
> James D. Smeallie (BBO No. 467380)
> *jd.smeallie@hklaw.com*
> David J. Santeusanio (BBO No. 641270)
> *david.santeusanio@hklaw.com*
> Michael T. Maroney (BBO No. 653476)

*michael.maroney@hklaw.com*
Andrew E. Silvia (BBO No. 681922)
*andrew.silvia@hklaw.com*
HOLLAND & KNIGHT LLP
10 St. James Avenue, Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

Rohit K. Singla (*pro hac vice*)
*rohit.singla@mto.com*
Justin P. Raphael (*pro hac vice*)
*justin.raphael@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

Adele M. El-Khouri (*pro hac vice*)
*adele.el-khouri@mto.com*
MUNGER, TOLLES & OLSON LLP
1155 F. Street, NW, 7th Floor
Washington, DC 20004
Tel: (202) 220-1100

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document and any supporting documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the attorney of record for any party indicated as non-registered participants on this 27th day of March 2020.

/s/ *Jeffrey Y. Wu*
Jeffrey Y. Wu