# United States Court of Appeals
## For the First Circuit

No. 20-1371

IN RE: LYFT, INC.

**JUDGMENT**

Entered: March 31, 2020
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of petitioners' assented-to motion, it is hereby ordered that this case be voluntarily dismissed.


By the Court:

Maria R. Hamilton, Clerk


cc:
Michael T. Maroney
James D. Smeallie
David J. Santeusanio
Andrew E. Silvia
Adele M. El-Khouri
Elaine Goldenberg
Jeffrey Y Wu
Justin P. Raphael
Rohit Singla
Shannon Erika Liss-Riordan
Adelaide H. Pagano
Anne R. Kramer
Donald Campbell Lockhart