UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELODY CUNNINGHAM and FRUNWI MANCHO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LYFT, INC., LOGAN GREEN, and JOHN ZIMMER,<br><br>    Defendants. | C.A. NO. 1:19-cv-11974 |

**DECLARATION OF JEFFREY Y. WU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR A PRELIMINARY INJUNTION**

I, Jeffrey Y. Wu, declare as follows:

1. I am a partner at the law firm of Munger, Tolles & Olson LLP ("MTO"), 350 Grand Avenue, 50th Floor, Los Angeles, California, 90071. I have been admitted *pro hac vice* as counsel for Defendants Lyft, Inc., Logan Green, and John Zimmer in the above-captioned matter. I have personal knowledge of the matters stated herein, and could and would testify to them.

2. Attached as Exhibit A is a true and correct copy of Lyft's 2020 Economic Impact Report, broken down nationally and for Massachusetts. These are available on Lyft's website at https://www.lyftimpact.com/stats/national and https://www.lyftimpact.com/stats/states/massachusetts.

3. Attached as Exhibit B is a true and correct copy of The Rideshare Guy's report on a 2019 survey of Lyft and Uber drivers. The report is available at https://therideshareguy.com/uber-driver-survey/.

4. Attached as Exhibit C is a true and correct copy of *Ebenhoe v. Lyft, Inc.*, Hearing No. 16002409MD (Wisc. Labor and Indus. Rev. Comm'n Jan. 20, 2017).

5. Attached as Exhibit D is a true of correct copy of the San Diego City Attorney's Ex Parte Application for a Temporary Restraining Order, dated Jan. 29, 2020, in *People v. Maplebear*, Case No. 37-2019-00048731-CU-MC-CTL (San Diego Sup. Court).

6. Attached as Exhibit E is a true and correct copy of Plaintiffs' Supplemental Memorandum in Opposition to Defendant's Motion to Dismiss, dated June 30, 2016, in *Bekele v. Lyft*, 1:15-cv-11650-FDS (D. Mass.).

7. Attached as Exhibit F is a true and correct copy of Internal Revenue Service, *Treasury, IRS and Labor announce plan to implement Coronavirus-related paid leave for workers and tax credits for small and midsize businesses to swiftly recover the cost of providing Coronavirus-related leave* (Mar. 20, 2020), available at https://www.irs.gov/newsroom/treasury-irs-and-labor-announce-plan-to-implement-coronavirus-related-paid-leave-for-workers-and-tax-credits-for-small-and-midsize-businesses-to-swiftly-recover-the-cost-of-providing-coronavirus.

8. Attached as Exhibit G is a true and correct copy of the Congressional Research Service's summary of Families First Coronavirus Response Act, *Summary: H.R. 6201—116th Congress (2019-2020)*, available at https://www.congress.gov/bill/116th-congress/house-bill/6201.

9. Attached as Exhibit H is a true and correct of Frank S. Murray, et al., *Senate Passes the Coronavirus Aid, Relief, and Economic Security Act*, NAT'L L. R. (Mar. 26, 2020), available at https://www.natlawreview.com/article/senate-passes-coronavirus-aid-relief-and-economic-security-act-cares-act.

10. Attached as Exhibit I is a true and correct copy of Small Business Administration, *Paycheck Protection Program (PPP)*, available at https://www.sba.gov/funding-

programs/loans/paycheck-protection-program-ppp, last accessed April 3, 2020.

11. Attached as Exhibit J is a true and correct copy of relevant excerpts from Topic 606, Subtopic 55 of the Accounting Standards Codification published by the Financial Accounting Standards Board, https://asc.fasb.org/section&trid=49130398.

12. Attached as Exhibit K is a true and correct copy of a report prepared by Beacon Economics LLC, dated August 2019, titled *How Many Drivers Would Lyft Recruit under a Traditional Work Arrangement? An Analysis*.  The report is available at https://reason.com/wp-content/uploads/2019/09/Beacon.Lyft_.ExecutiveSummary.08.28.2019.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  April 3, 2020                     /s/ *Jeffrey Y. Wu*
                                          Jeffrey Y. Wu