# United States Court of Appeals
## For the First Circuit

Nos. 20-1373, 20-1379

MELODY CUNNINGHAM, individually and on behalf of all others similarly situated; FRUNWI MANCHO, individually and on behalf of all others similarly situated,

Plaintiffs, Appellees/Cross-Appellants,

MARTIN EL KOUSSA, individually and on behalf of all others similarly situated; VLADIMIR LEONIDAS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LYFT, INC.; LOGAN GREEN; JOHN ZIMMER,

Defendants, Appellants/Cross-Appellees.

Nos. 20-1544, 20-1549, 20-1567

MELODY CUNNINGHAM, individually and on behalf of all others similarly situated; FRUNWI MANCHO, individually and on behalf of all others similarly situated; MARTIN EL KOUSSA, individually and on behalf of all others similarly situated; VLADIMIR LEONIDAS, individually and on behalf of all others similarly situated,

Plaintiffs, Appellees/Cross-Appellants,

v.

LYFT, INC.; LOGAN GREEN; JOHN ZIMMER,

Defendants, Appellants/Cross-Appellees.

**JUDGMENT**

Entered: November 5, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision denying defendants' motion to compel arbitration is reversed, and the district courts' decisions denying plaintiffs' motions for a preliminary injunction are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Shannon Erika Liss-Riordan, Adelaide H. Pagano, Anastasia Doherty, Michael T. Maroney, Donald B. Verrilli Jr., James D. Smeallie, David J. Santeusanio, Andrew E. Silvia, Adele M. El-Khouri, Rachel G. Miller Ziegler, Elaine Goldenberg, Justin P. Raphael, Rohit Singla, Benjamin G. Barokh, Martin J. Newhouse, Benjamin Robbins, Steven Paul Lehotsky, Archis Ashok Parasharami, Hugh Baran, Anne R. Kramer, Jeffrey Y Wu, Karla E. Zarbo